Receipt number AUSFCC-6235958

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PD LIQUIDATING TRUST, SUCCESSOR IN INTEREST TO PAULA DOUGLASS** § § § | | |
| **Plaintiff,** § | CIVIL ACTION | 20-704 L |
| § | | |
| **vs.** § | | |
| § | | |
| **THE UNITED STATES,** § | | |
| § | | |
| **Defendant.** § | | |

## COMPLAINT FOR DOWNSTREAM PLAINTIFF
## PD LIQUIDATING TRUST, SUCCESSOR IN INTEREST TO PAULA DOUGLASS

By submitting this document, Plaintiff(s) adopts and incorporates by reference the Consolidated and Amended Downstream Master Complaint (ECF No. 23) filed in the above-styled Sub-Master Docket on January 16, 2018, and all subsequent amendments to that Complaint.

1. Name of Plaintiff(s): <u>PD Liquidating Trust, successor in interest to Paula Douglass</u>

2. Location by address of Plaintiff(s) property subject to Plaintiff(s) allegations of a Fifth Amendment taking without just compensation as a result of the Addicks/Barker reservoir releases:

   (i) <u>13 Tiel Way, Houston, Texas 77019</u>

   (ii) <u> </u>

   (iii) <u> </u>

       a. Tax number for identified property:

           (i) <u>0601590560033</u>

           (ii) <u> </u>

           (iii) <u> </u>

    b.    Real property interest possessed by Plaintiff(s) alleged to have been taken

        Ownership (*i.e.*, fee simple) __X___ Leasehold _____ Other _____

    c.    Manner of alleged taking of the property interest(s) listed in paragraph 2(b) above

        Temporary _____ Permanent _____ Both __X__

3.    Type of property alleged to have been taken:

    Real Property _____ Personal Property _____ Both. __X__

                                    Respectfully Submitted,

                                    By:____*/s/ T. Micah Dortch*_____
                                         T. MICAH DORTCH
                                 **POTTS LAW FIRM, LLP**
                                 2911 Turtle Creek Blvd., Suite 1000
                                 Dallas, Texas 75219
                                 Tel: (214) 396-9427
                                 Fax: (469) 217-8296
                                 Email: mdortch@potts-law.com


**OF COUNSEL:**

**CHRISTOPHER D. LINDSTROM**
Potts Law Firm, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Tel: 713-963-8881
Fax: 713-583-5388
Email: clindstrom@potts-law.com

**MICHAEL DUNCAN**
Cage, Hill & Niehaus
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: 713-789-0500 ext. 8319
Facsimile: 713-974-0344
Email: mikedunc@cagehill.com